IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| GEORGE ESTRADA, | ) |
| --- | --- |
| Petitioner, | ) |
| v. | ) 1:06CV00058 |
| | ) 4:97CR19-1 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on January 23, 2006, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636, but Petitioner filed a request to withdraw his petition.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Petitioner's letter motion to withdraw [Pleading No. 4] be **GRANTED** and that this action be, and is hereby, dismissed without prejudice. **IT IS FURTHER ORDERED** that Petitioner's request for appointment of counsel is **DENIED** for lack of good cause.

_____
United States District Judge

Date: March 16, 2006